# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 73 MAL 2016
:
    Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
   v. :
:
:
:
TUAN ANH LE, :
:
    Petitioner :

## ORDER

**PER CURIAM**

  **AND NOW**, this 29th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.